68,210-03-20-15

DEAR JUDGE TOM PRICE,          re: WR-68,210-02

   I DIDN'T CAUSE THE ACTS I WAS CONVICTED OF CAUSING. PLEASE SEE THE AFFIDAVITS IN MY FILE. PLEASE ALSO NOTE THE NUMEROUS CONSTITUTIONAL ERRORS IN MY TRIAL, AND REVERSE THE CONVICTION.

THANKYOU, THANKYOU,
BRUCE WILSON
1187135 NEAL UNIT
9055 SPUR 591
AMARILLO, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 29 2015
Abel Acosta, Clerk

1-20-15

Dear Judge Mark Bennett,      re: WR-68,210-02

I didn't cause the acts I was convicted of causing. Please see the affidavits in my file. Please also note the NUMEROUS constitutional errors in my trial, and reverse the conviction.

Thankyou,
Bruce Douglas Wilson
1187135 Neal Unit
9055 Spur 591
Amarillo, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

1-20-15

DEAR JUDGE PAUL WOMACK,    re: WR-68,210-02
   I DIDN'T CAUSE THE ACTS I WAS CONVICTED
OF CAUSING. PLEASE SEE THE AFFIDAVITS IN MY FILE.
PLEASE ALSO NOTE THE <u>NUMEROUS</u> CONSTITUTIONAL
ERRORS IN MY TRIAL, AND REVERSE THE CONVICTION.

THANKYOU, THANKYOU,
BRUCE WILSON
1187135 NEAL UNIT
9055 SPUR 591
AMARILLO, TX. 79107

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk